# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Reginald C. Howard,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>D. Cole, et al.,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-00673-GMN-DJA<br><br>**Order** |

　　　　Plaintiff moves for service on Defendants Garner, Dana Cole, and Lamps.  (ECF No. 19).  The Attorney General's Office has filed Dana Cole's last known address under seal, but has not been able to identify Garner or Lamps and thus has not filed their addresses under seal.  (ECF Nos. 17, 18).  And Plaintiff has not specified a full name and address for Garner or Lamps.

　　　　The Court thus grants Plaintiff's motion for issuance of summons and service on Dana Cole.  But it does not grant his motion to the extent it requests issuance of summons and service on Garner and Lamps.  The Court cannot issue summons and order service on defendants whom no party can identify or provide the last known address.

　　　　**IT IS THEREFORE ORDERED** that Plaintiff's motion for service (ECF No. 19) is **granted in part and denied in part.**  It is granted in part regarding Plaintiff's request for summons and service on Dana Cole.  It is denied in part regarding Plaintiff's request for service on Garner and Lamps.

　　　　**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to issue summons for Dana Cole.

　　　　**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send the United States Marshals Service ("USMS") a copy of Plaintiff's complaint (ECF No. 5), a copy of the summons for Dana Cole, and a copy of this order.

1  **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of the Form USM-285.

**IT IS FURTHER ORDERED** that Plaintiff must complete the Form USM-285 for service on Dana Cole.  Plaintiff must fill out the blank space asking for the defendant's address by specifying that Dana Cole's address is filed under seal in Case No. 2:23-cv-00673-GMN-DJA at ECF No. 17.

**IT IS FURTHER ORDERED** that Plaintiff will have until **June 18, 2024** to send his completed Form USM-285 to the USMS for service.  Within twenty-one days after receiving a copy of the Form USM-285 back from the USMS showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether Dana Cole was served.  If Plaintiff wishes to have service again attempted on Dana Cole, if unserved, the Plaintiff must file a motion with the Court identifying Dana Cole and specifying a more detailed name and/or address for Dana Cole or whether some other manner of service should be attempted.

DATED: May 24, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE