# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Reginald C. Howard,<br><br>             Plaintiff,<br><br>   v.<br><br>D. Cole, et al.,<br><br>             Defendants. | Case No. 2:23-cv-00673-GMN-DJA<br><br>**Order** |

Before the Court is Defendants' motion to extend discovery. (ECF No. 30). Plaintiff did not file a response, constituting his consent to the Court granting the motion. LR 7-2(d). Because the Court finds that Defendants have shown good cause to extend discovery, the Court grants Defendants' motion.

**IT IS THEREFORE ORDERED** that Defendants' motion to extend discovery (ECF No. 30) is **granted.**  The following deadlines shall govern discovery:

| | |
|---|---|
| Discovery cutoff: | November 11, 2024 |
| Discovery motions: | November 25, 2024 |
| Dispositive motions: | December 11, 2024 |
| Joint pretrial order: | January 10, 2025[1] |

DATED: September 6, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for the joint pretrial order will be suspended until thirty days after a decision on the dispositive motions or further court order.