# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Reginald C. Howard,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>D. Cole, et al.,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-00673-GMN-DJA<br><br>**Order** |

　　　　Before the Court is Defendants' motion to compel Plaintiff to provide supplemental discovery responses under Federal Rule of Civil Procedure 37.  (ECF No. 31).  Plaintiff has not filed a response, constituting his consent to the Court granting Defendants' motion under Nevada Local Rule 7-2(d).  The Court thus grants the motion.  However, to the extent that Defendants request their attorneys' fees related to the motion, the Court denies that request finding that Plaintiff's *pro se* and incarcerated status make an award of fees unjust.  *See* Fed. R. Civ. P. 37(a)(5)(A)(iii).

　　　　**IT IS THEREFORE ORDERED** that Defendants' motion to compel (ECF No. 31) is **granted.**  The Clerk of Court is kindly directed to send a copy of this order to Plaintiff.

　　　　DATED: September 20, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE